NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOEHRINGER INGELHEIM INTERNATIONAL GMBH and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants,*

v.

**MYLAN PHARMACEUTICALS, INC. and MYLAN INC.,**
*Defendants-Appellees.*

---

2009-1402

---

Appeal from the United States District Court for the District of New Jersey in case no. 09-CV-366, Judge Faith S. Hochberg.

---

**ON MOTION**

---

Before RADER, *Chief Judge*, BRYSON and MOORE, *Circuit Judges*.

RADER, *Chief Judge*.

**O R D E R**

Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc. move without opposition to vacate the May 12, 2009 order of the United States District Court of the District of New Jersey in 09-CV-366 and remand for further proceedings.*

The parties previously moved to stay proceeding in this appeal pending disposition of appeal 2009-1032. In that appeal, this court recently vacated the judgment of the United States District Court for the District of Delaware that had held the underlying patent invalid and remanded for further proceedings.

In the present appeal, 2009-1402, the District Court for the District of New Jersey considered the effect of the Delaware district court's determination and granted the defendants' motion to dismiss the complaint filed by Boehringer involving the same patent, based upon issue preclusion and claim preclusion. The parties agree that due to the disposition of 2009-1032, the district court's order must be vacated and the case remanded for further proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The district court's order granting the motion to dismiss is vacated and the case is remanded for further proceedings.

(2) Each side shall bear its own costs.

---

* The district court's order was signed by the district court judge on May 12, 2009 and filed by the district court on May 13, 2009.

FOR THE COURT

AUG   2 2010                    /s/ Jan Horbaly
     Date                      Jan Horbaly
                               Clerk

cc:  Bruce M. Wexler, Esq.
     Shannon M. Bloodworth, Esq.

s20

Issued As A Mandate:  AUG   2 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 2 2010

JAN HORBALY
CLERK